UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEN ANDERSON,

    Petitioner,

v.                               Civil Action No. 05-1575 (RCL)

JOSEPH V. SMITH,

    Respondent.

**FILED**

AUG 2 3 2005

**DISMISSAL ORDER**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the petition for a writ of habeas corpus is DENIED.

SO ORDERED.

ROYCE C. LAMBERTH
United States District Judge

DATE: 8/21/05